

# SHERIFF'S CERTIFICATE OF SERVICE
## PERSONAL DELIVERY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

Docket # 1:17-CV-07558-CBA-LB

Part  Hearing Date

Sheriff's Case # 18001979

**EDWARD PAINTER,**

PLAINTIFF/PETITIONER,

VS

**TURING PHARMACEUTICALS AG,
TURING PHARMACEUTICALS, LLC
a/k/a VYERA PHARMACEUTICALS, LLC,
AND MARTIN SHKRELI,**

DEFENDANT/RESPONDENT.
----------------------------------------------------x

STATE OF NEW YORK }
KINGS COUNTY } SS:

I, **MIKHAIL BERLIN**, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certify that: I am not a party to this action or proceeding and over 18 years of age. I further certify that on **2/7/2018**, at approximately **12:56 PM** at **80 29TH STREET, METROPOLITAN DETENTION CENTER**, in the borough of **BROOKLYN**, County of **KINGS**, I served the annexed: **SUMMONS IN A CIVIL ACTION, VERIFIED COMPLAINT, EXHIBIT A, AND CIVIL COVER SHEET** upon **MARTIN SHKRELI**, in the following manner:

**[X] PERSONAL DELIVERY**

By delivering to and leaving with **MARTIN SHKRELI** personally a true copy thereof, said person being known as the mentioned and described herein.

**[X] DESCRIPTION:**

Skin Complexion: **LIGHT,**    Gender: **Male,**    Approx. Age: **34 years old,**

Height: **5'8",**    Weight: **150 lbs,**    Hair Color: **BLACK.**

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

SHERIFF OF THE CITY OF NEW YORK
JOSEPH FUCITO

Dated: 2/8/2018

BY: _____
MIKHAIL BERLIN
DEPUTY SHERIFF
SHIELD # 416