

101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900  Fax 212.692.0940
www.foxrothschild.com

JOHN A. WAIT
Direct Dial: 212-878-7907
Email Address: jwait@FoxRothschild.com

April 4, 2018

**BY ECF**

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Edward Painter v. Turing et al.
            2:17-07558 (CBA)**

Dear Judge Amon:

This firm represents defendant Vyera Pharmaceuticals, LLC fka Turing Pharmaceuticals, LLC ("Vyera") in the above-referenced matter. We have recently been engaged to represent all defendants. Please be advised that defendant Martin Shkreli joins in the March 19, 2018 request by Vyera for a pre-motion conference [ECF Docket No. 9].

We thank the Court for its time and attention to this matter.

                                                                        Respectfully submitted,

                                                                        FOX ROTHSCHILD LLP

                                                                        /s/ John A. Wait
                                                                        John A. Wait
                                                                        *Attorneys for Defendants*

A Pennsylvania Limited Liability Partnership

California   Colorado   Connecticut   Delaware   District of Columbia   Florida   Illinois
Minnesota   Nevada   New Jersey   New York   Pennsylvania   Texas   Washington