THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index No.: 1:17-CV-07558-CBA-CB  
Filed On:

**EDWARD PAINTER**

**AFFIDAVIT OF SERVICE**

-against-

TURING PHARMACEUTICALS AG, TURING PHARMACEUTICALS, LLC A/K/A VYERA PHARMACEUTICALS, LLC, AND MARTIN SHKRELI

---

STATE OF NEW YORK, COUNTY OF NEW YORK: CLAUDE BROWN, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 2/21/2018 at 1:55 PM at CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011, your deponent served the SUMMONS IN A CIVIL ACTION AND VERIFIED COMPLAINT bearing Index # 1:17-CV-07558-CBA-CB upon TURING PHARMACEUTICALS LLC A/K/A VYERA PHARMACEUTICALS LLC.

[ ] INDIVIDUAL  
By personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[ X ] AGENCY / BUSINESS  
A Domestic Corporation. By delivering thereat a true copy of each to SATTI JAIRAM, Registered Agent. Your deponent knew the person so served to be an agent authorized to accept on behalf of the entity to be served.

[ ] SUITABLE AGE PERSON  
By delivering a true copy of each to a person of suitable age and discretion, to wit: SATTI JAIRAM, Registered Agent, who verified that the intended recipient actually is employed at this location.

[ ] AFFIXING TO DOOR  
By affixing a true copy of each to the door of the address at CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011, that being the intended recipient's dwelling place or usual place of abode since with due diligence, the intended recipient could not be found nor a person of suitable age and discretion who would receive same.

[ ] MAILING COPY  
That on , your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, NY 10011 in an envelope bearing the legend "Personal and Confidential". Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

[ X ] DESCRIPTION  
Gender: Female; Skin: Brown; Hair: Black; Age: 62; Height: 5ft5in-5ft9in; Weight: 150-170; Other: Glasses

[ ] MILITARY SERVICE  
Deponent asked the person spoken to whether the recipient or intended recipient, where applicable, was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 2/22/2018:

LAURANCE KNOX  
Notary Public, State of New York  
No. 01KN6309229  
Qualified in QUEENS County  
Commission Expires 08/04/2018

CLAUDE BROWN  
NYC License # - 0989767

Island Process Service  
1614 5th Avenue  
Bay Shore, NY 11706  
Phone: 631-647-7663  
File No. PAINTER

RETURN TO: Nationwide Court Services, Inc.  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
DCA Lic#: 1037536 Ph: 631-981-4400  
(NCS610721)AMM 801973