## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 1:17CV07558CBALB

Date Filed: _____

Plaintiff:
**EDWARD PAINTER**

vs.

Defendant:
**TURING PHATMACEUTICALS AG, TURING PHATMACEUTICALS, LLC a/k/a VYERA PHARMACEUTICALS, LLC, and MARTIN SHKRELI**

ROC2018001883

Received by Sherwin McEachnie on the 26th day of January, 2018 at 10:00 am to be served on Turing Pharmaceuticals, LLC a/k/a Vyera Pharmaceuticals, LLC, 600 Third Avenue, 10th Floor, New York, NY 10016.

I, Sherwin McEachnie, do hereby affirm that on the 12th day of February, 2018 at 9:55 am, I:

NONSERVED: after due search, careful inquiry and diligent attempts was unable to serve the Summons in a Civil Action, Verified Complaint and Exhibit A on Turing Pharmaceuticals, LLC a/k/a Vyera Pharmaceuticals, LLC for the reasons detailed in the comments below.

Additional Information pertaining to this Service:
I attempted 600 Third Avenue, 10th Floor, New York, NY 10016 multiple times but no one came down to accept the documents. Our office reached out to the corporate office by phone. Their office staff continued to advise that they were sending someone to meet me at the entrance. I continued to wait but no one showed. The corporate office refused to pickup our final calls. Defendant appears to be avoiding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees in true and correct. I am over the age of 18 and have no interest in the above action in accordance with the Federal Rules of Civil Procedure.

Sherwin McEachnie
Process Server #2017125-DCA

Island Process Service
1614 5th Ave
Bay Shore, NY 11706
(631) 647-7663

Our Job Serial Number: ROC-2018001883
Ref: Painter v. Turing Pharmaceuticals

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n