**LALLY & MISIR, LLP**
ATTORNEYS AT LAW - SOLICITORS
THE NASSAU BUILDING
220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
www.lallymisir.com

Telephone (516) 741-2666

Facsimile (516) 742-8533

May 30, 2018

**BY ECF**

The Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Edward Painter v. Turing et al.
Case #: 1:17-CV-07558

Dear Judge Amon:

We represent the plaintiff Edward Painter in the above-referenced matter. Our first brief for attorney disqualification is due on May 30, 2018.

We respectfully request a week extension to submit our brief. Currently there has been one request to extend time dated May 29, 2018.

We apologize for not specifying our reason for requesting an extension in our earlier request. We are currently awaiting signed affidavits to submit with our brief that are necessary to submit with our initial brief.

As of today, both attorneys who represent Turing Pharmaceutical, LLC and Martin Shkreli have consented to the extension.

Since our request will affect the current briefing set forth during the May 8, 2018 conference, we have also submitted a proposed Revised Scheduling Order.

1

Thank you for your consideration and should you have any questions, please feel free to contact our offices at any time.

Respectfully Submitted,

Grant M. Lally
*Attorneys for Plaintiff Edward Painter*