# EXHIBIT D

Search

Free Upgrade to Premium

112 New NY Clients - **112 new legal clients seeking a New York attorney. View their cases today.** Ad



## Anne Kirby · 3rd
Director, Trade & Distribution
Cleveland/Akron, Ohio Area

Connect

Vyera Pharmaceuticals, LLC
The University of Akron
See contact info
500+ connections

I am a self motivated, results driven sales and tr... warding challenges. I want to partner with healthcare ... ith unique advantages. I will align myself with ... pab...

### Experience

**Director of Trade & Distribut...**
VYERA Vyera Pharmaceuticals, LLC
Dec 2016 – Present · 1 yr 8 mos

Role entails optimizing corporate relationsh... specialty distribution strategy, and ensuring ac...

**National Key Account Manager**
Turing Pharmaceuticals AG
Jul 2015 – Dec 2016 · 1 yr 6 mos
Ohio, Pittsburgh

Responsibilities included contracting with hospital systems nationally, coordinating efforts with local Key Account Managers, and uncovering opportunities for overall company success. Role evolved into contracting with GPO's, initiating a Managed Markets strategy, and development of pull through strategies. Launched specialty, generic medication with key physiatry practitioners.

**Regional Manager**
Hummingbird Neuromonitoring
Jul 2014 – Jul 2015 · 1 yr 1 mo
Ohio, Pittsburgh, Detroit

Responsibilities included introducing Neurosurgeons and Neurointensivists to Hummingbird Neuromonitoring technology. Company offered multimodal monitoring systems enabling simultaneous ICP monitoring and ventricular drainage with flexible access ports for placement of advanced monitoring probes. System relied upon a novel pneumatic-based intracranial pressure monitoring system. Was responsible for supporting cases and education of nurses in the ICU and OR.

### People Also Viewed

**Amy B.** · 2nd
Regional Sales Manager

**Jorge Munoz** · 3rd
Key Account Manager at Vyera Pharmaceuticals, LLC

**Scott Breakstone, MPH, C...**
Director of Market Access at Asc Therapeutics

**Lisa Briggs-Miller** · 3rd
Key Account Manager at Vyera Pharmaceuticals, LLC

**Kristen Sabetta Fortino** · ...
Regional Director at Novartis

**John Mendini** · 3rd
Key Account Manager / Sales Tr Vyera Pharmaceuticals, LLC

**Janis Lechner RN BSN** · 2nd
Rare Disease/Oncology KAM

**Nancy Retzlaff** · 2nd
Senior Commercial Leader - Pharmaceutical & Biotech Indus

**Lance Ranck RN, M.B.A, B...**
Strategic Account Manager at V Pharmaceuticals, LLC

**Kevin P. Mulleady** · 2nd

Messaging

 Q Search    Free Upgrade to Premium

Automate Bookkeeping. - **Cut down bookkeeping time by 50%. 3X faster AR. Risk-free trial & demo.** Ad

Grant, become an ROI hero with LinkedIn
 
Get started in minutes with $50 in credits

Request $50 credit

## Anne Kirby · 3rd
Director, Trade & Distribution
Cleveland/Akron, Ohio Area

Connect

 Vyera Pharmaceuticals, LLC
The University of Akron
See contact info
500+ connections

**People Also Viewed**

Amy B. · 2nd
Regional Sales Manager

Jorge Munoz · 3rd
Key Account Manager at Vyera Pharmaceuticals, LLC

I am a self motivated, results driven sales and trade professional looking to take on new and rewarding challenges. I want to partner with healthcare companies that market products and technologies with unique advantages. I will align myself with professionals that will allow me to leverage my selling capab...

Scott Breakstone, MPH, C...
Director of Market Access at Asc Therapeutics

Show more ⌄

Lisa Briggs-Miller · 3rd
Key Account Manager at Vyera Pharmaceuticals, LLC

## Experience

Kristen Sabetta Fortino · ...
Regional Director at Novartis

**Director of Trade & Distribution**
VYERA Vyera Pharmaceuticals, LLC
Dec 2016 – Present · 1 yr 8 mos

John Mendini · 3rd
Key Account Manager / Sales Tra Vyera Pharmaceuticals, LLC

Role entails optimizing corporate relationships with distribution partners, managing exclusive specialty distribution strategy, and ensuring access to patients.

 Janis Lechner RN BSN · 2nd
Rare Disease/Oncology KAM

**National Key Account Manager**
Turing Pharmaceuticals AG
Jul 2015 – Dec 2016 · 1 yr 6 mos
Ohio, Pittsburgh

 Nancy Retzlaff · 2nd
Senior Commercial Leader - Pharmaceutical & Biotech Indus

Responsibilities included contracting with hospital systems nationally, coordinating efforts with local Key Account Managers, and uncovering opportunities for overall company success. Role evolved into contracting with GPO's, initiating a Managed Markets strategy, and development of pull through strategies. Launched specialty, generic medication with key physiatry practitioners.

 Lance Ranck RN, M.B.A, B...
Strategic Account Manager at V Pharmaceuticals, LLC

**Regional Manager**
Hummingbird Neuromonitoring
Jul 2014 – Jul 2015 · 1 yr 1 mo
Ohio, Pittsburgh, Detroit

 Kevin P. Mulleady · 2nd

Responsibilities included introducing Neurosurgeons and Neurointensivists to Hummingbird Neuromonitoring technology. Company offered multimodal monitoring systems enabling simultaneous ICP monitoring and ventricular drainage with flexible access ports for placement of advanced monitoring probes. System relied upon a novel pneumatic-based intracranial pressure monitoring system. Was responsible for supporting cases and education of nurses in the ICU and OR.



Messaging



Q Search — Free Upgrade to Premium

Kevin is polished and a true professional. He is thoughtful in how he presents himself and his company. I am confident Kevin would be an asset to any company launching a new product or building a reputation in the marketplace.

**Kathryn Andicoy**
Senior Administrative Assistant, CBRE Capital Advisors
November 30, 2016, Anne and Kathryn were students together

I worked with Kathryn for about a year. Over the past couple months I transitioned into a headquarters based role. Kathryn went above and beyond to make the transition smooth, and allow me to focus on my responsibilities. She was always one step ahead of me and on top of every detail.

I have been in the pharmaceutical and device industry for 14 years, including three startup companies. During my tenure, I have learned that the culture of the organization is one of the key aspects of company success. Kathryn is somebody that through a positive attitude, thoughtfulness, and attention to detail helps create a productive corporate culture. She has a contagious positive attitude and would be a great addition to any team.