# EXHIBIT A

| | |
|---|---|
| **From:** | Edward Painter <edward.painter@gmail.com> |
| **Sent:** | Wednesday, August 30, 2017 4:03 PM |
| **To:** | Vernick, Scott L. |
| **Cc:** | rpainter@umn.edu |
| **Subject:** | Re: Morning |

Yes we are flexible with respect to time on the sep 1.

1) apparently we have a new agreement between the various parties involved.  If there is specific information you feel I need to communicate to board members, please let me know.

2) we are preparing a law suit in the event that the agreement is not executed soon.  I have asked for the agreement to be sent.

3) the purpose of the call was in to in good faith detail the complaint.  Given the you are already aware of the specifics, a call may not be necessary.

Please let me know.

Ed Painter
914 841 8818

A2Apharma.com

On Aug 30, 2017, at 11:31 AM, Vernick, Scott <SVernick@foxrothschild.com> wrote:

>
> Do you and brother have time to speak on Friday, 1 Sept.?
>
> **Scott Vernick**
> Partner
> **Fox Rothschild LLP**
> 2000 Market Street
> 20th Floor
> Philadelphia, PA 19103-3222
> (215) 299-2860 - direct
> (215) 299-2150- fax
> SVernick@foxrothschild.com
> www.foxrothschild.com
>
>
> This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error,

1

please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.