# LALLY & MISIR, LLP

ATTORNEYS AT LAW - SOLICITORS
THE NASSAU BUILDING
220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
www.lallymisir.com

Telephone (516) 741-2666                                                                        Facsimile (516) 742-8533

September 4, 2020

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

> Re:  **JOINT STATUS LETTER**
> Edward Painter v. Turing
> Pharmaceuticals, LLC a/k/a/ Vyera
> Pharmaceuticals, LLC, and Martin
> Shkreli
> Index No: 1:17-cv-07558

Dear Judge Bloom:

Plaintiff and Defendants respectfully submit this status letter, pursuant to the Court's order issued on June 26, 2020.

The Parties have retained mediator Roger Briton.  The Parties participated in pre-mediation on August 21, 2020, and then engaged in mediation on August 24, 2020, with both Parties and their counsel present.  Mediation is on-going.

Please feel free to contact me, if you require additional information.

Respectfully submitted,

/s_____                    /s_____
Deborah N. Misir                                                       John Wait
Lally & Misir, LLP                                                     Fox Rothschild, LLP
*Attorneys for Plaintiff*                                          *Attorneys for Defendants*