## LALLY & MISIR, LLP
ATTORNEYS AT LAW - SOLICITORS
THE NASSAU BUILDING
220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
www.lallymisir.com

Telephone (516) 741-2666               Facsimile (516) 742-8533

September 25, 2020

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re:   **JOINT STATUS LETTER**
Edward Painter v. Turing Pharmaceuticals, LLC a/k/a/ Vyera Pharmaceuticals, LLC, and Martin Shkreli
Index No: 1:17-cv-07558

Dear Judge Bloom:

   Plaintiff and Defendants respectfully submit this status letter, pursuant to the Court's order issued on September 9, 2020.

   The Parties retained mediator Roger Briton, began mediation on August 24, 2020, and engaged in mediation thereafter. The parties have agreed to settlement and have circulated a stipulation of settlement.

   Please feel free to contact me if you require additional information.

                                        Respectfully submitted,

/s_____        /s_____
Deborah N. Misir                        John Wait
Lally & Misir, LLP                      Fox Rothschild, LLP
*Attorneys for Plaintiff*               *Attorneys for Defendants*