# LALLY & MISIR, LLP

ATTORNEYS AT LAW - SOLICITORS
THE NASSAU BUILDING
220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
www.lallymisir.com

Telephone (516) 741-2666                                                                                                   Facsimile (516) 742-8533

November 9, 2020

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

                    Re:    **JOINT STATUS LETTER**
                            Edward Painter v. Turing Pharmaceuticals, LLC a/k/a/ Vyera Pharmaceuticals, LLC, and Martin Shkreli
                            Index No: 1:17-cv-07558

Dear Judge Bloom:

       Plaintiff and Defendants submit this status letter and respectfully request an additional seven days to file a stipulation of discontinuance. The parties have agreed upon the terms of a settlement agreement, with the exception of one item that has thus far prevented final agreement from being reached. The parties anticipate reaching agreement on this item, executing the final settlement agreement, and exchanging the settlement proceeds within the next week. Once the settlement proceeds are exchanged, the parties will file the stipulation of discontinuance with prejudice.

       Please feel free to contact me if you require additional information.

                                                     Respectfully submitted,

/s_____        /s_____
Deborah N. Misir                                       John Wait
Lally & Misir, LLP                                   Fox Rothschild, LLP
*Attorneys for Plaintiff*                          *Attorneys for Defendants*