# LALLY & MISIR, LLP

ATTORNEYS AT LAW - SOLICITORS
THE NASSAU BUILDING
220 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
www.lallymisir.com

Telephone (516) 741-2666                                                                                     Facsimile (516) 742-8533

November 16, 2020

**VIA ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: **JOINT STATUS LETTER**
Edward Painter v. Turing Pharmaceuticals, LLC a/k/a/ Vyera Pharmaceuticals, LLC, and Martin Shkreli
Index No: 1:17-cv-07558

Dear Judge Bloom:

Plaintiff and Defendants have reached agreement and executed a settlement agreement. Because the agreement was executed today, the parties respectfully request an additional five days to file a stipulation of discontinuance so that settlement proceeds may first be exchanged. Defendants have begun the process of transferring funds today. Once the settlement proceeds are exchanged, the parties will file the stipulation of discontinuance with prejudice.

Please feel free to contact me if you require additional information.

Respectfully submitted,

/s_____        /s_____
Deborah N. Misir                                          John Wait
Lally & Misir, LLP                                        Fox Rothschild, LLP
*Attorneys for Plaintiff*                             *Attorneys for Defendants*

SO ORDERED:
/S/Magistrate Judge Lois Bloom
Lois Bloom, U.S.M.J.
Brooklyn, NY
November 17, 2020